**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 9, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00538-CV

---

## IN THE ESTATE OF CATARINO SORIA, DECEASED

---

**On Appeal from County Court at Law No. 1 & Probate Ct
Brazoria County, Texas
Trial Court Cause No. PR32270**

---

## MEMORANDUM  OPINION

This is an appeal from an order signed June 7, 2019. On August 5, 2021, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise and Bourliot and Former Justice Simmons.[1]

---

[1] Former Justice Rebecca Simmons sitting by assignment.